UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
DIVISION

KERRY CREAMER

    VS                                                                 CASE NO. 4:12-cv-00524-SPM-CAS

FLORIDA DEPARTMENT OF CORRECTIONS

## REFERRAL AND ORDER

The motion/pleading was filed by defendant on 2/25/2013 (document #6), and referred to Magistrate Judge Charles A. Stampelos on 2/25/2013.

Summary of motion/pleading: Extension of Time to File Response as to Doc. 5 Order filed by Respondent.

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

                                                s/ Judy Stone
                                          DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is **ORDERED** this 26th day of February, 2013, the requested relief is **GRANTED.** The time for filing a response to the Petition is extended to April 29, 2013. Petitioner shall have until May 30, 2013, to file a reply, if any.

                                                S/ Charles A. Stampelos
                                        UNITED STATES MAGISTRATE JUDGE